IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECCA CARRASCO,

    Plaintiff,

v.                                                       No. 2:22-cv-352 KG/KRS

ASSURANT, INC.; AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA; and
WELLS FARGO INSURANCE INC.,

    Defendants.

## FINAL JUDGMENT

Pursuant to its previously filed Order dismissing all claims, (Doc. 39), and Fed. R. Civ. P. 58, the Court hereby enters final judgment in this matter.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant, and Plaintiff's claims are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE